Mary L. BATTLE, Plaintiff—Appellant,

v.

JP MORGAN CHASE BANK, N.A.; Chase Home Finance, Inc., Defendants—Appellees.

No. 09–2387.

United States Court of Appeals, Fourth Circuit.

Submitted: April 22, 2010.

Decided: April 26, 2010.

Mary L. Battle, Appellant Pro Se. Frank Kenneth Friedman, Woods Rogers, PLC, Roanoke, Virginia, for Appellees.

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary L. Battle appeals the district court's order dismissing her civil complaint for failure to state a claim upon which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Battle v. JP Morgan Chase Bank*, N.A., No. 2:09–cv–00462–RAJ–FBS (E.D.Va. Nov. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*AFFIRMED.*